# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 16-988V
Filed: November 15, 2016
UNPUBLISHED

```
* * * * * * * * * * * * * * * * * * * * * * * * *
KIMBERLY DANIEL,                  *
                                  *
            Petitioner,           *      Ruling on Entitlement; Concession;
v.                                *      Influenza;
                                  *      Shoulder Injury; SIRVA;
SECRETARY OF HEALTH               *      Special Processing Unit ("SPU")
AND HUMAN SERVICES,               *
                                  *
            Respondent.           *
                                  *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

*Bruce Slane, Law Office of Bruce W. Slane, PC, White Plains, NY, for petitioner.*
*Linda Renzi, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On August 11, 2016, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") following her June 23, 2015 influenza vaccination. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 14, 2016, respondent filed her Rule 4(c) report in which she concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent "has concluded that petitioner's alleged injury is consistent with SIRVA and was caused-in-fact by the administration of a flu vaccine on June 23, 2015. There were no other causes identified for petitioner's SIRVA. Records indicate that she has suffered the sequela of her injuries for more than six

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

2

months." *Id.* at 3.  Respondent further agrees that all legal prerequisites for compensation under the Vaccine Act have been satisfied.  *Id.*

**In view of respondent's concession and the evidence before me, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master